IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Charles Whittrock and<br>Shirley Jean Whittrock, | )<br>)<br>) | C.A. No. 8:06-1176-HMH |
| Plaintiffs, | )<br>) | **OPINION AND ORDER** |
| vs. | )<br>) | |
| Kabar Manufacturing Corp., | )<br>) | |
| Defendant. | ) | |

    The Defendant is ordered to inform the court of its state of incorporation and principal place of business for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied.  See 28 U.S.C. § 1332.  The Defendant is ordered to respond within ten (10) days of the date of this order.

    **IT IS SO ORDERED.**

                                 s/Henry M. Herlong, Jr.
                                 United States District Judge

Greenville, South Carolina
April 19, 2006